**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Chapter 13 | |
| | : | | |
| BERNICE LOVE | : | | |
| | : | | |
| | : | | |
| Debtor(s) | : | Bankruptcy No. 18-15205 ELF | |

**ORDER**

**AND NOW,** this ___14th___ day of February, 2023, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is authorized to sell his/her real property located at 1705 West Juniata Street in the 13th Ward of the City of Philadelphia, County of Philadelphia, and Commonwealth of Pennsylvania ("Property"), for the sale price of $40,000.00 pursuant to the terms of a certain real estate agreement of sale dated as of January 13, 2023, to the buyer(s) thereunder, Niko Inc. ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following approximate manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $1,632.71 |
| 2. | Liens paid at closing - | $0.00 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $4,979.11 |
| 4. | Property repairs, if any | $0.00 |
| 5. | Real estate commission, at no greater than 6% | $2,400.00 |
| 6. | Attorney's fees, if any | $0.00 |

| | | | |
|---|---|---|---|
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | | $0.00 |
| 8. | Other | | $0.00 |
| | TOTAL | | $30,988.18 |

Notwithstanding the amounts provided above, the City of Philadelphia shall be paid at closing on account on its statutory liens in amounts required to provide the buyer with clear title.

After paying all liens in full and all costs of sale, the title clerk shall pay to Kenneth E. West, Chapter 13 standing trustee, the balance of the sales proceeds, approximately $30,988.18, to be distributed by the standing trustee to his applicable commission, upon confirmation, in accordance with debtor's modified plan.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**