| **Information to identify the case:** |
| --- |
| Debtor 1    Bernice Love |
| Debtor 2 |
| U.S. Bankruptcy Court for the Eastern District of Pennsylvania |
| Case Number   18-15205-pmm    Chapter 13 |

☐ Check if this is an amended filing

## Application for Compensation and Reimbursement of Expenses

The Applicant below is filing this application with the court for payment of fees and expenses in association with this bankruptcy case.

### Part 1   Notice

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this Application, you or your attorney must file an objection to the Application on or before the Objection Deadline. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. Otherwise, you must file your objection at the Clerk's office at the U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

If you mail your objection to the Clerk, you must do so early enough that it will be received on or before the Objection Deadline. If you or your attorney do not take these steps, the court may decide that you do not oppose the application and may enter an order granting the Application without further notice or hearing.

Objection Deadline:    May 28, 2024

### Part 2   Applicant and Application Information

| | |
| --- | --- |
| Applicant: | Michael I. Assad (#330937) |
| Applicant Firm: | Cibik Law, P.C. |
| Applicant's Email: | help@cibiklaw.com |
| Applicant's Phone: | 215-735-1060 |
| Applicant's Address: | 1500 Walnut Street, Suite 900 |
| | Philadelphia, PA 19102 |
| Applicant Type: | Attorney for Debtor |
| Application Period: | 04/07/2020 to 14/05/2024 |
| Basis of Application: | 11 U.S.C. § 330 |
| Application Type: | Supplemental |
| Form 2030: | Exhibit A |

| **Part 3** | **Case Information** |
|---|---|

| | |
|---|---|
| Date Filed: | August 6, 2018 |
| U.S. Bankruptcy Judge: | Patricia M. Mayer |
| Standing Trustee: | Kenneth E. West |
| Debtor's Median Income: | Below Median |

| **Part 4** | **Summary of Services Performed** |
|---|---|

1. The Applicant requests approval of fees associated with defending a motion for relief from the automatic stay, obtaining court approval for sale of one of the Debtor's properties, and amending the Debtor's plan.
2. The services performed were of substantial benefit to the bankruptcy estate.

| **Part 5** | **Flat Fees Incurred** |
|---|---|

By prior agreement with the Debtor, the Applicant requests payment of flat fees for each of the following services:

| Date | Description | Fee |
|---|---|---|
|  | NONE |  |
|  | **TOTAL** |  |

| **Part 6** | **Hourly Fees Incurred** |
|---|---|

The Applicant requests payment based on actual time expended for the following services:

| Date | Description | Hours Expended |
|---|---|---|
| 11/10/2022 | (Attorney) Defense of Motion for Relief – services performed include reviewing motion, counseling Debtor, and negotiating a stipulation of settlement. | 1.75 |
| 01/13/2023 | (Attorney) Motion to Approve Sale of Property – services performed include counseling the Debtor, drafting the motion, reviewing the sale contract, communicating with the Debtor's title agent, discussions with the chapter 13 trustee, and appearing at the hearing on the motion. | 3.00 |
| 01/13/2023 | (Attorney) Motion to Modify Plan – services performed include counseling the Debtor, calculating the amended plan consistent with the revenue from the property sale and the stipulation resolving the motion for relief, and drafting the associated motion. | 2.00 |
|  | **Total Attorney Hours ($350/hour)** | **6.75** |

| Part 7 | Expenses |
|---|---|

The Applicant requests reimbursement for the following expenses:

| Date | Description | Fee |
|---|---|---|
|  | NONE |  |
|  | **TOTAL** |  |

| Part 8 | Summary of Fees and Expenses |
|---|---|

| Period | | Requested | | Allowed | | Paid | |
|---|---|---|---|---|---|---|---|
| Start | End | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 08/06/2018 to 08/14/2019 | | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | $0.00 |
| 08/15/2019 to 04/06/2020 | | $750.00 | $0.00 | $750.00 | $0.00 | $750.00 | $0.00 |
| 04/07/2020 to 05/14/2024 | | $2,000.00 | $0.00 |  |  |  |  |
| **TOTALS** | | **$7,750.00** | **$0.00** | **$ 0.00** | **$ 0.00** | **$5,750.00** | **$0.00** |

| Part 9 | Other Information |
|---|---|

1. If this Application is approved, the Debtor's proposed chapter 13 plan is adequately funded to provide for payment of the compensation requested.
2. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.
3. The Applicant does not consent to the entry of a reduced award by the Court without notice and hearing.

| Part 10 | Request for Relief |
|---|---|

The Applicant requests that the Court enter an award of $2,000.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

*[signature]*

Signature of Applicant

May 14, 2024

Date