# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Bernice Love, *Debtor*. | Chapter 13<br>Case No. 18-15205-pmm |

## Order Granting Application for Compensation

And now, after consideration of the Application for Compensation filed by Applicant Cibik Law, P.C., and after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation in the amount of **$2,000.00** and reimbursement of expenses in the amount of **$0.00** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b), and 11 U.S.C. §330(a)(4)(B).

Date: 6/3/24

*Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge