**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 13** |
| **BERNICE  LOVE** | |
| | **Case No.18-15205-PMM** |
| **Debtor** | |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: June 10, 2024          By:  */s/ Kenneth E. West*
_____

Kenneth E. West, Esquire, Chapter 13 Trustee
P.O. Box 40837
Philadelphia, PA  19107
(215) 627-1377 (Phone)