United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-15205-pmm

Bernice Love  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bernice Love, 848 Brill Street, Philadelphia, PA 19124-1006 |
| 14181068 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14362394 | | U.S. BANK NATIONAL ASSOCIATION, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14181064 | + | U.S. Dept. of Education, c/o FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2024 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14181060 | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14269318 | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | City of Philadelphia., c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| 14181059 | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14201024 | + | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14181055 | + | Email/Text: ecf@ccpclaw.com | Jun 12 2024 00:33:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14181057 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 12 2024 00:34:00 | Citadel Fcu, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14181058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2024 00:36:19 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14181061 | + | Email/Text: bankruptcy@philapark.org | Jun 12 2024 00:34:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14181076 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2024 01:07:32 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |

Case 18-15205-pmm    Doc 127    Filed 06/13/24    Entered 06/14/24 00:37:33    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 14212816 | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2024 00:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14181062 | Email/Text: bankruptcycourts@equifax.com | Jun 12 2024 00:34:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14181063 | ^ MEBN | Jun 12 2024 00:23:10 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14181065 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 12 2024 00:34:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14203524 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2024 00:36:37 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14181066 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2024 00:34:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14181067 | + Email/Text: bankruptcynotices@psecu.com | Jun 12 2024 00:34:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14181070 | ^ MEBN | Jun 12 2024 00:23:14 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14190990 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 00:36:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14178083 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 00:52:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14197051 | + Email/Text: bankruptcynotices@psecu.com | Jun 12 2024 00:34:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14204449 | + Email/Text: bankruptcynotices@psecu.com | Jun 12 2024 00:34:00 | PSECU, 1500 ELMERTON AVE., HARRISBURG, PA 17110-9214 |
| 14205085 | + Email/Text: pitbk@weltman.com | Jun 12 2024 00:34:00 | PSECU, c/o Weltman, Weinberg & Reis Co. LPA, 436 Seventh Ave., Ste. 2500, Pitts., PA 15219-1842 |
| 14181069 | Email/Text: bankruptcygroup@peco-energy.com | Jun 12 2024 00:34:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14181071 | + Email/Text: bankruptcy@philapark.org | Jun 12 2024 00:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14181072 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 00:51:48 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14181073 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:51:54 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14181074 | Email/Text: DASPUBREC@transunion.com | Jun 12 2024 00:33:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14208955 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 12 2024 00:34:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 14181075 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 12 2024 00:34:00 | US Bank Home Mortgage, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 14756472 | + Email/Text: EBN@edfinancial.com | Jun 12 2024 00:34:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 32

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14181056 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14200522 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES P. VALECKO | on behalf of Creditor PSECU pitecf@weltman.com |
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION jblank@pincuslaw.com  mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Bernice Love help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Bernice Love help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov |
| ROBERT J. DAVIDOW | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION robert.davidow@phelanhallinan.com |
| THOMAS SONG | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Bernice Love
        Debtor(s)

Case No: 18−15205−pmm

Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/11/24

126 − 124
Form 138OBJ